IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN ANDREW BUCHANAN,

      Appellant,

v.

Case No.  5D22-1265
LT Case No. 2017-300787-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed February 3, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and
Joshua Mosley, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

WALLIS, J.

In this <u>Anders</u>[1] appeal, we affirm Appellant's judgment and sentence, but remand for the trial court to correct the order revoking his probation. Specifically, although the trial court's order states that Appellant willfully and substantially violated condition 10, the trial court's oral pronouncement was that a violation had not been proven. Consequently, we remand with instructions for the trial court to enter a corrected written order that comports with the conditions that were determined to have been violated. <u>See</u> <u>Wasden v. State</u>, 342 So. 3d 298 (Fla. 5th DCA 2022); <u>Crichton v. State</u>, 299 So. 3d 616 (Fla. 5th DCA 2020); <u>Hart v. State</u>, 252 So. 3d 1285, 1286 (Fla. 5th DCA 2018) ("Where the oral pronouncement of revocation conflicts with the written order, the oral pronouncement controls.").

AFFIRMED AND REMANDED WITH INSTRUCTIONS.

LAMBERT, C.J. and EVANDER, J., concur.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).